No. 342. RIVERA, RECURRENTE, *v.* REGISTRADOR DE CAGUAS,

Recurrido.—Recurso gubernativo. Diciembre 14, 1917. *Confirmada la nota recurrida.*